1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar Number 7709
   JUSTIN WASHBURNE
3  Assistant United States Attorneys
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Telephone: 702.388.6378
5  Justin.Washburne@usdoj.gov
   *Attorneys for the United States*

6

                    **UNITED STATES DISTRICT COURT**
7                          **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,                Case No. 2:24-mj-143-MDC

9           Plaintiff,                      **[Proposed] Order on Stipulation to
                                            Extend Deadlines to Conduct Preliminary
10    v.                                    Hearing and File Indictment**

11 JOSE ABEL PEREZ-GONZALEZ,
        aka "Jose Ebel Perez Gonzalez,"
12      aka "Jose Perez,"

13          Defendant.

14

15         Based on the stipulation of counsel, good cause appearing, and the best interest of

16 justice being served; the time requested by this stipulation being excludable in computing

17 the time within which the defendant must be indicted and the trial herein must commence

18 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of

19 Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

20

21

22

23

24

                                        5

1    IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled
2 on February 26, 2024 at the hour of 4:00 p.m., be vacated and continued to May 20, 2024
3 at 4:00 pm in LV Courtroom 3A.
4    DATED this 23rd day of February, 2024.

_____
HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE